IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFERY SCOTT LEWIS,<br>   Plaintiff,<br><br>v.<br><br>KENNETH MOORE, ET AL.,<br>   Defendants. | No. 3:09-CV-1720-K-BF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED that Plaintiff's claims against Detective Kenneth Moore shall proceed and the Clerk is directed to issue summons and the United States Marshal's Service shall serve process on this Defendant. Plaintiff's remaining claims are dismissed with prejudice as frivolous.

This action is hereby referred to the Magistrate Judge for further proceedings and/or findings and recommendation.

Signed this 16th day of November, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE